UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELISANDRO A. LOPEZ | ) | |
| | ) | |
| v. | ) | NO. 3:12-1251 |
| | ) | JUDGE CAMPBELL |
| DONNIE YOUNG & RHONDA FELTS | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 24), to which no objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 19) is GRANTED and the Plaintiff's claims are DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE